# IN THE SUPREME COURT OF THE STATE OF NEVADA

IDEAL BUSINESS PARTNERS, INC., A DOMESTIC CORPORATION,
Appellant,
vs.
BRIAN A. LEMPER, D.O., AN INDIVIDUAL; BRIAN A. LEMPER, D.O., LTD., A NEVADA CORPORATION; THE CENTER FOR SURGICAL INTERVENTION, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND AMERICAN REGENERATIVE TECHNOLOGIES, LLC, A NEVADA LIMITED LIABILITY COMPANY,
Respondents.

No. 81173

FILED

OCT 14 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an "Order Denying Plaintiff's Request for Leave to Submit Opposition, Hear Argument on Motion, and Motion to Reconsider Order Granting Defendant's Motion to Dismiss." Eighth Judicial District Court, Clark County; Mark R. Denton, Judge.

Because the order appealed from did not appear to be substantively appealable, this court entered an order directing appellants to show cause why the appeal should not be dismissed for lack of jurisdiction. Appellant has responded and concedes the order is not a final appealable order, but asks this court to suspend the proceedings for 90 days to permit collateral action to play out in a different district court matter in the hopes that ultimately the matters can be consolidated. The appellate rules do not anticipate that parties should file a premature notice of appeal or that a premature notice of appeal should linger indefinitely on this court's docket while the parties and the district court continue to resolve

SUPREME COURT
OF
NEVADA

(O) 1947A

20-37712

outstanding motions. NRAP 4(a)(6). This court lacks jurisdiction. Appellant may file an appeal from a final appealable order. This court

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

cc:     Hon. Mark R. Denton, District Judge
        Kathleen M. Paustian, Settlement Judge
        Ayon Law, PLLC
        Law Office of Steven H. Burke, D/B/A The 808 Firm
        Lipson Neilson P.C.
        Eighth District Court Clerk